**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

The Huntington National Bank successor to TCF
Bank

                       Plaintiff,

        v.

Angelo Smith, individually and d/b/a Smithson
Wine and Spirits

                    Defendants.

Case No. 2021-cv-06419

Assigned Judge: Matthew F. Kennelly
Magistrate Judge: Gabrial A. Fuentes

**PLAINTIFF'S MOTION TO MAKE CONDITIONAL JUDGMENT FINAL**

NOW COMES Plaintiff, The Huntington National Bank successor to TCF Bank, ("Plaintiff"), by its attorneys, Plunkett Cooney, P.C., and moves this Court to make its June 2, 2022 Conditional Judgment against Third Party Citation Respondent Angelos Logistics Group, LLC, f/k/a Angelos Logistics LLC, an Illinois limited liability company ("Angelos Logistics") a final judgment. In support of its motion, Plaintiff states as follows:

1. On March 3, 2022, this Court entered judgment in favor of Plaintiff and against Angelo Smith, individually and d/b/a Smithson Wine and Spirits (" Defendant"). Exhibit A.

2. Plaintiff served a third-party citation on Angelos Logistics regarding the assets of Defendant with a return date of June 2, 2022. Exhibit B. The citation was served on May 9, 2022 (Exhibit C) through the registered agent. Exhibit D. Defendant is listed as the Manager of Angelos Logistics. *Id.*

3. Respondent Angelos Logistics failed to answer the citation and failed to appear in court on the June 2, 2022 return date. Exhibit F.

4.    On June 2, 2022, this court entered a conditional judgment against Angelos Logistics pursuant to 735 ILCS 5/2-1402(k-3) (court may enter any order in citation proceedings that could be entered in a garnishment); 735 ILCS 5/12-706 (authorizing entry of conditional judgment); *All-Steel Employees Credit Union v. Singh*, 345 Ill.App.3d 1005, 1009 (2d Dist. 2004) (upholding conditional judgment entered in citation proceeding where respondent failed to appear or answer). Illinois procedure regarding supplementary proceedings governs Plaintiff's citations and this proceeding. Fed. R. Civ. P. 69(a); *Resolution Trust Corp. v Ruggiero*, 994 F.2d 1221, 1226 (7th Cir. 1993).

5.    Respondent Angelos Logistics was served with the order entering the conditional judgment on June 13, 2022. Exhibit E.

6.    Angelos Logistics has failed to move to vacate the conditional judgment. If Angelos LLC fails to appear in court on July 8, 2022, Plaintiff requests this Court make the June 2, 2022 judgment final.

(remainder of page is blank)

**WHEREFORE**, Plaintiff, The Huntington National Bank successor to TCF Bank, respectfully requests this Court make the June 2, 2022 conditional judgment against Respondent Angelos Logistics Group, LLC, f/k/a Angelos Logistics LLC a final judgment, and grant such further relief to which Plaintiff is entitled.

The Huntington National Bank successor to TCF Bank

By: /s/ Matthew L. Hendricksen
        One of its Attorneys

Matthew L. Hendricksen (Attorney No. 61262)
Plunkett Cooney, P.C.
221 N. LaSalle Street, Suite 3500
Chicago, Illinois 60601
(312) 670-6900
mhendricksen@plunkettcooney.com

Open.26611.14768.29128406-1

3

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s),

v.

Defendant(s).

Case No.
Judge

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes        pre–judgment interest.
        does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

other:

This action was *(check one)*:

tried by a jury with Judge                          presiding, and the jury has rendered a verdict.
tried by Judge                          without a jury and the above decision was reached.
decided by Judge                          on a motion

Date:                              Thomas G. Bruton, Clerk of Court

                                            , Deputy Clerk

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

The Huntington National Bank successor to TCF Bank

                     Plaintiff,

         v.

Angelo Smith, individually and d/b/a Smithson Wine and Spirits

            Defendants.

Case No.  2021-cv-06419

Assigned Judge: Matthew F. Kennelly
Magistrate Judge: Gabrial A. Fuentes

**CITATION TO DISCOVER ASSETS TO THIRD PARTY**

To:    Angelos Logistics LLC c/o Registered Agents Inc. – 2501 Chatham Road, Suite R, Springfield, Illinois 62704

YOU ARE REQUIRED to appear before Judge Matthew F. Kennelly, or any judge sitting in his stead in **Via telephonic hearing** at the Northern District of Illinois, Dirksen Federal Building at 219 Dearborn Street, Chicago, Illinois 60604 on **June 2, 2022 at 9:05AM** to be examined under oath to discover assets or income not exempt from enforcement of a judgment.

**DO NOT APPEAR IN PERSON. UNTIL FURTHER NOTICE, JUDGE MATTHEW F.**
**KENNELLY WILL CONDUCT HEARING VIA TELEPHONIC HEARINGS.**
**INSTRUCTIONS ARE BELOW:**

Telephonic Hearing instructions:
Call-in number: (888) 684-8852
Access Code: 746-1053

A Judgment in favor of The Huntington National Bank, successor to TCF Bank, and against Angelo Smith, individually and d/b/a Smithson Wine and Spirits was entered on March 3, 2022 in the court under case number 21-cv-6419 in the sum of $127,750.00 plus post judgment interest and attorney fees, remains unsatisfied. A copy of which is attached hereto.

Your answer will inform the Court as to property you may hold belonging to Angelo Smith, individually, and d/b/a Smithson Wine and Spirits (Judgment Debtor).

You are PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from the enforcement of a judgment, a deduction order or garnishment, property belonging to the Judgment Debtors or to which Judgment

Debtors may be entitled to which may thereafter be acquired by or become due to Judgment Debtors, and from paying over or otherwise disposing of any monies not so exempt, which are due to the Judgment Debtors, This prohibition shall remain in effect until further order of court or termination of the proceeding. You are not required to withhold the payment of any monies beyond double the amount of the total sum due the judgment creditor.

If the account consists solely of funds that can be identified as exempt under federal or state law, you are PROHIBITED from FREEZING THE ACCOUNT and YOU MUST RESPOND that the account consists solely of exempt funds. Deposited funds that are exempt under federal and state law include Social Security, SSI, veteran's benefits, Railroad Retirement benefits, public assistance benefits, unemployment compensation benefits and/or circuit breaker property tax relief benefits.

Additionally, pursuant to IL Sup. Court Rule 277 (c)(4), you are required to produce the documents described in the attached Rider.

WARNING: Your failure to comply with the citation proceeding may result in a judgment being entered against you for the unsatisfied amount of this judgment. 735 ILCS 5/2-1402(f)(1).

WARNING: YOUR FAILURE TO APPEAR IN COURT OR FILE YOUR ANSWER AS DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

CERTIFICATION BY JUDGMENT CREDITOR OR
ATTORNEY FOR JUDGMENT CREDITOR

The undersigned certifies that the above information regarding the amount of judgment, the date of the judgment, or its revival date, the balance due thereon, the name of the court and the number of the case is true and correct.

_____ /s/ Matthew L. Hendricksen _____

WITNESS: _____

THOMAS G. BRUTON, CLERK   May 5, 2022
_____
Clerk of the Court

Matthew L. Hendricksen (6266720)
Plunkett Cooney, P.C.
221 North LaSalle Street
Suite 3500
Chicago, Illinois 60601
312-670-6900
mhendricksen@plunkettcooney.com



2

**RIDER TO CITATION**

1.      Real Estate – all documents related to the purchase, sale, transfer, management, lease, and value of, and encumbrances upon (mortgage, liens, ect.) the following from January 1, 2018 forward:

   A.   All real estate in which Angelo Smith, individually and d/b/a Smithson Wine and Spirits ("Debtor") currently possesses any ownership interest (including but not limited to real estate owned through a trust, jointly owned property, community property, life estates, leaseholds).

   B.   All real estate in which Debtor previously possessed any ownership interest (including but not limited to real estate owned through a trust, jointly owned property, community property, life estates, leaseholds) at any time since January 1, 2018.

2.      Investment Accounts, Financial Accounts, Bank Accounts, Brokerage Accounts, Certificates of Deposits, Checking Accounts, Savings Accounts, Safe Deposit Boxes, (collectively "Accounts") - All (i) monthly statements from January 1, 2018 forward and (ii) copies of checks (front and back) received and drawn in excess of $1,000 from January 1, 2018 forward for the following:

   A.   All Accounts in which Debtor currently possesses any ownership interest (including but not limited to joint accounts).

   B.   All Accounts in which Debtor previously possessed any ownership interest at any time since January 1, 2018.

   C.   For all Accounts in which Debtor previously possessed an interest (subparagraph B), and transferred or removed his name from the account, all documents related to the transfer or name removal.

   D.   All Accounts for which Debtor was at any time since January 1, 2018 a signatory or authorized user.

3.      Assets Related to Transportation – all documents identifying and related to the purchase, transfer, location, value of and encumbrances upon the following:

   A.   All automobiles, aircraft, bicycles, motorcycles, recreational vehicles, helicopters, snow mobiles, golf carts, or boats in which Debtor currently possesses any ownership interest.

B. All automobiles, aircraft, bicycles, motorcycles, recreational vehicles, helicopters, snow mobiles, golf carts, or boats in which Debtor previously possessed any ownership interest at any time since January 1, 2018.

4. Interest in Corporations, Partnerships, Limited Liability Corporations, Joint Ventures, Businesses, or any other Entity (collectively "Entity"). All of the following documents:

A. For any non-publicly traded Entity in which Debtor currently possesses any ownership interest:

   i) all k1s, operating agreements, by laws, articles of organization, minutes, and resolutions, as well as any other documents identifying the ownership structure of the entity from at any time since January 1, 2018 forward,

   ii) all documents evidencing the value of Debtor's ownership interest in said entity from at any time since January 1, 2018 forward, and

   iii) all documents identifying any asset (real or personal property) in which said Entity possesses (or possessed) an interest at any time since January 1, 2018 valued at any time in excess of $5,000

B. For any non-publicly traded Entity in which Debtor previously possessed any ownership interest at any time since January 1, 2018:

   i) all k1s, operating agreements, by laws, articles of organization, minutes, and resolutions, as well as any other documents identifying the ownership structure of the entity from at any time since January 1, 2018 forward,

   ii) all documents evidencing the value of Debtor's ownership interest in said entity from at any time since January 1, 2018 forward, and

   iii) all documents identifying any asset (real or personal property) in which said Entity possesses (or possessed) an interest at any time since January 1, 2018 valued at any time in excess of $5,000

   iv) all documents related to Debtor's sale or transfer of his interest.

5. Receivables

A. All documents showing any persons or entities (including the address of said person or entity) that currently owe Debtor money, or which Debtor

4

reasonably believes will owe Debtor money at any time before January 1, 2018, including but not limited to employers, or loans made by Debtor to any person or entity.

B. All documents showing the basis for any person or entity owing money to Debtor, the amounts paid since January 1, 2018, and the current amounts due.

6. Financial Reports or Summaries

A. All documents (including but not limited to personal financial statements, loan applications, tax returns or wealth management reports) which summarize or recite Debtor's assets prepared at any time after to January 1, 2018.

B. All applications for Credit Debtor has made any time since January 1, 2018, including but not limited to applications made by others whereby Debtor offered, or was required to offer, a personal guaranty.

7. Payments or Transfers

A. All documents related to all payments or transfers made by Debtor to any person or entity at any time since January 1, 2018 in an amount in excess of $1,000. All documents showing the date of the transfer, the amount, and the payee or transferee.

B. All documents related to any payments or transfers received by Debtor from any person or entity at any time since January 1, 2018 in an amount in excess of $1,000, including payment of wages, salary, dividends, or bonuses. All documents identifying the date of the transfer, the amount, and the payor or transferor.

8. Miscellaneous Personal Property

A. All documents identifying all personal property (including but not limited to household goods, jewelry, diamonds, gems, televisions, stock in publicly traded companies, mutual funds, bonds, stock options, life insurance policies, annuities, computers, business equipment, inventory, books, art, golf clubs, collections of coins, stamps, or any other item of value), in which Debtor currently possesses any ownership interest which at any time, individually or with its set/collection, was valued in excess of $2,500, as well as all documents showing the current value of said property. By way of example, if Debtor owns a single golf club/stamp/share of stock that is valued at $100, it is

not part of this request. If Debtor, however owns a collection of stamps, a set of golf clubs, or shares of stock and the collection/set/group is worth over $2,500 then it must be identified.

B.    All documents identifying all personal property in which Debtor previously possessed any ownership interest at any time since January 1, 2018 which at any time was valued in excess of $2,500.

C.    For all personal property in which Debtor previously possessed an interest listed in subparagraph (B), all documents identifying the person or entity to which Debtor transferred his interest, the date of said transfer, the consideration for the transfer, and the current value of the asset.

9.    All of Debtor's tax returns and K1s from 2018 forward.

10.    All monthly statements from January 1, 2018 to present day for any credit card account belonging to or used by Debtor.

11.    Any documents related to any indebtedness of Debtor, including records related to payments upon any indebtedness.

12.    Any will or estate planning documents of Debtor, including any trust for which Debtor is the settlor, beneficiary, or trustee.

13.    All employment records for Debtor from January 1, 2018 forward.

14.    All documents related to all insurance policies for which Debtor is an owner, insured, or beneficiary from Januarys 1, 2018 forward.

15.    All documents and communications (including emails) related to Smithson Wine & Spirits.

16.    All communications, including emails, letters, text messages, memorandums, and transcripts of oral communications, related to Debtor or any assets described in paragraphs 1-15.

Case: 1:21-cv-06419 Document #: 16 Filed: 03/03/22 Page 1 of 1 PageID #:81

ILND 450 (Rev. 04/29/2016) - Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

The Huntington National Bank

Plaintiff(s),

v.

Angelo Smith

Defendant(s).

Case No. 21 C 6419

Judge Matthew F. Kennelly

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

[✔] in favor of plaintiff(s) The Huntington National Bank
and against defendant(s) Angelo Smith and d/b/a Smithson Wine & Spirits
in the amount of $ 127, 750

which [ ] includes pre–judgment interest.
[✔] does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

[ ] in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

[ ] other:

This action was (check one):

[ ] tried by a jury with Judge ___ presiding, and the jury has rendered a verdict.
[ ] tried by Judge ___ without a jury and the above decision was reached.
[✔] decided by Judge Matthew F. Kennelly on a motion .

Date: 3/3/2022

Thomas G. Bruton, Clerk of Court

Melissa Astell , Deputy Clerk

# EXHIBIT C

## AFFIDAVIT OF SERVICE

**State of Illinois**          **County of Northern District of Illinois**          **Northern District of Illinois Court**

Case Number: 2021-CV-06419

Plaintiff:
**The Huntington National Bank successor to TCF Bank**
vs.
Defendant:
**Angelo Smith, individually and d/b/a Smithson Wine and Spirits.**

For: Plunkett Cooney

Received by Clutter Investigations Inc. DBA Courthouse Courier on the 9th day of May, 2022 at 9:00 am to be served on **Angelos Logistics, LLC, c/o Registered Agents, Inc, 2501 Chatham Road, Suite R, Springfield, IL 62704.** I, _RHONDA FRERICHS_, being duly sworn, depose and say that on the _12TH_ day of _MAY_, 20_22_ at _3 : 15_ pm., executed service by delivering a true copy of the **Citation to Discover Assets to Third Party, Amended Judgment in a Civil Case and Notice of Third-Party Citation** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving the named individual, _____, as _____, who is an employee or said agency and who is authorized to accept service on behalf of said agency.

(X) CORPORATE SERVICE: By serving the name individual, _TASHA SHAW_, as _REGISTERED AGENT_, who is an employee of said corporation and who is authorized to accept service on behalf of said corporation.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____
_____
_____
_____

Age _30_ Sex M(F) Race _WHITE_ Height _5'2"_ Weight _100_ Hair _BLONDE_ Glasses Y(N)

## AFFIDAVIT OF SERVICE For 2021-CV-06419

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the _13_
day of _May_ , _2022_ by the affiant who
is personally known to me.

_Nancy A Rathgeber_
Notary public

Official Seal
Nancy A Rathgeber
Notary Public State of Illinois
My Commission Expires 07/20/2024

PROCESS SERVER #  _115.002478_
Appointed in accordance with State Statutes

**Clutter Investigations Inc. DBA Courthouse Courier**
**1 West Old State Capitol Plaza**
**Suite 818**
**Springfield, IL 62701**
**(217) 528-5997**

Our Job Serial Number: 2022000916

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1z

# EXHIBIT D

**cyberdriveillinois.com is now ilsos.gov**



Office of the Secretary of State Jesse White

# ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

## LLC File Detail Report

| | |
|---|---|
| File Number | 07494319 |
| Entity Name | ANGELOS LOGISTIC GROUP LLC |
| Status | ACTIVE |

### Entity Information

**Principal Office**
17900 DIXIE HWY 3B
HOMEWOOD, IL 604300000

**Entity Type**
LLC

**Type of LLC**
Domestic

**Organization/Admission Date**
Tuesday, 22 January 2019

**Jurisdiction**
IL

**Duration**
PERPETUAL

### Agent Information

Name
REGISTERED AGENTS INC.

Address
2501 CHATHAM ROAD, STE R
SPRINGFIELD , IL 62704

Change Date
Thursday, 10 December 2020

## Annual Report

For Year
2022

Filing Date
Monday, 10 January 2022

## Managers

Name
Address
SMITH, ANGELO
17900 DIXIE HWY 3B
HOMEWOOD, IL 60430

## Old LLC Name

05/18/2022
ANGELOS LOGISTICS LLC

## Series Name

NOT AUTHORIZED TO ESTABLISH SERIES

Return to Search

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office.                    Thu Jun 30 2022

# EXHIBIT E

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Illinois

Case Number: 2021-CV-06419

Plaintiff:
**The Huntington National Bank successor to TCF Bank**

vs.

Defendant:
**Angelo Smith, individully and d/b/a Smithson Wine and Spirits**

For:
Matthew L. Hendricksen
Plunkett Cooney, PC
221 N. LaSalle Street
Suite 3500
Chicago, IL 60601

Received by Clutter Investigations Inc. DBA Courthouse Courier on the 9th day of June, 2022 at 8:29 am to be served on **Angelos Logistics Grop, LLC, c/o Registered Agent, 2501 Chatham Road, Suite R, Springfield, IL 62704.**

I, Michelle Tomlin, do hereby affirm that on the **13th day of June, 2022** at **1:42 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Letter to Angelos Logistics Group, LLC and Order Regarding Citation to Discover Assets** with the date and hour of service endorsed thereon by me, to: **Tasha Shaw** as **Customer Service Rep.** for **Angelos Logistics Grop, LLC,** at the address of: **c/o Registered Agent Solutions, 2501 Chatham Road, Suite R, Springfield, IL 62704,** and informed said person of the contents therein, in compliance with all applicable law.

**Description** of Person Served: Age: 38, Sex: F, Race/Skin Color: White, Height: 5'6, Weight: 145, Hair: Blonde, Glasses: N

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit. Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

**Michelle Tomlin**
129-316088

Official Seal
Nancy A Rathgeber
Notary Public State of Illinois
My Commission Expires 07/20/2024

6/14/2022

**Clutter Investigations Inc. DBA Courthouse Courier**
**1 West Old State Capitol Plaza**
**Suite 818**
**Springfield, IL 62701**
**(217) 528-5997**

Our Job Serial Number: CLU-2022001111

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V



June 8, 2022

Angelos Logistics Group, LLC
f/k/a Angelos Logistics, LLC
c/o Registered Agents Inc.
2501 Chatham Road, Suite R
Springfield, Illinois 62704

                          Re:  Huntington National Bank v Smith 2021-cv-06419

Registered Agents Inc.:

       Enclosed please find the June 2, 2022 order entered by the United State District Court for the Northern District of Illinois in the above referenced litigation ("Order").  The Order requires Angelos Logistics Group, LLC f/k/a Angelos Logistics, LLC to show cause why the conditional judgment entered against it (pursuant to the Order, paragraph 4), in the amount of $127,750.00 plus $400.00 incurred after the date of conditional judgment, should not be made final.  This matter is set for hearing on July 8, 2022 at 8:50 AM via phone conference:

       Call-in Number: (888) 684-8852.  Access Code: 746-1053

**IF YOU FAIL TO APPEAR AS ABOVE SET FORTH, THE CONDITIONAL JUDGMENT, PLUS COSTS, MAY BE MADE FINAL.**

                         Very truly yours,
                         PLUNKETT COONEY, P.C.

                         */s/ Matthew L. Hendricksen*
                         Matthew L. Hendricksen

MLH:lms
Enclosures

Open.26611.14768.28996888-1

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| The Huntington National Bank successor to TCF Bank<br><br>Plaintiff,<br><br>v.<br><br>Angelo Smith, individually and d/b/a Smithson Wine and Spirits<br><br>Defendants. | Case No.  2021-cv-06419<br><br>Assigned Judge: Matthew F. Kennelly |

**ORDER REGARDING CITATIONS TO DISCOVER ASSETS**

This matter coming before the Court on 1) Plaintiff's citation to discover assets to Angelo Smith, individually and d/b/a Smithson Wine and Spirits ("Citation"); 2) third party citations to Bank of America, Wells Fargo, Angelos Logistics, LLC, BETMGM, LLC, J.B. Hunt Transport, Inc., Mo'Nique Smith, Robinhood Crypto, LLC, Robinhood Markets, Inc., Smithson Venture Capitalist Enterprise Corporation, Uber Freight, LLC, and Wells Fargo Auto Finance, (collectively "Third Party Citations"); 3) Plaintiff's Motion for Turnover Against Robinhood Crypto and LLC, Robinhood Markets, Inc. [doc. 45], and 4) Motion for Conditional Judgment Against Angelo SLogistics, LLC [doc. 46], counsel for Plaintiff and _____ appearing by phone, IT IS HEREBY ORDERED:

1.     Plaintiff reports it has been unable to serve Angelo Smith, Mo'Nique Smith, and Smithson Venture Capitalist Enterprise Corporation. Plaintiff may have alias citations issued if it wishes to pursue these citations.

2.     Plaintiff's oral motion for turnover of $192.50 in Angelo Smith's account held by BETMGM, LLC is granted and BETMGM shall turnover said funds to counsel for Plaintiff at the below address within fifteen days.

3.     Plaintiff's motion for turnover of funds held by Robinhood Crypto and LLC, Robinhood Markets, Inc., [doc. 45] is granted.   Robinhood Crypto and LLC, Robinhood Markets, Inc. shall: (a) liquidated the non- cash holdings in Angelo Smith's Account within five business days of its receipt of this order and (b) after liquidation is complete, turnover the cash value of the account to counsel for Plaintiff at the below address within fifteen business days.

4.     Plaintiff's motion for conditional judgment [doc. 46] is granted.   A conditional judgment is hereby entered against Third Party Citation Respondent Angelos Logistics Group, LLC, f/k/a Angelos Logistics LLC, an Illinois limited liability company in favor of Plaintiff in the amount of $127,750.   Summons to Confirm Conditional Judgment

to be issued and hearing for final judgment is set for July 8, 2022 at 8:50 A.M. via teleconference.

5.    The Third Party Citations to Bank of America, Wells Fargo, BETMGM, LLC, J.B. Hunt Transport, Inc., Robinhood Crypto, LLC, Robinhood Markets, Inc., Uber Freight, LLC, Angelos Logistics, LLC, and Wells Fargo Auto Finance are entered and continued to July 8, 2022 at 8:50 A.M. via teleconference.

Telephonic Hearing instructions:
Call-in number: (888) 684-8852
Access Code: 746-1053

Date    6/20/2022_____        Judge_____
                                                    Matthew F. Kennelly, USDJ

# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| The Huntington National Bank successor to TCF Bank<br><br>Plaintiff,<br><br>v.<br><br>Angelo Smith, individually and d/b/a Smithson Wine and Spirits<br><br>Defendants. | Case No.    2021-cv-06419<br><br>Assigned Judge: Matthew F. Kennelly |

**ORDER REGARDING CITATIONS TO DISCOVER ASSETS**

This matter coming before the Court on 1) Plaintiff's citation to discover assets to Angelo Smith, individually and d/b/a Smithson Wine and Spirits ("Citation"); 2) third party citations to Bank of America, Wells Fargo, Angelos Logistics, LLC, BETMGM, LLC, J.B. Hunt Transport, Inc., Mo'Nique Smith, Robinhood Crypto, LLC, Robinhood Markets, Inc., Smithson Venture Capitalist Enterprise Corporation, Uber Freight, LLC, and Wells Fargo Auto Finance, (collectively "Third Party Citations"); 3) Plaintiff's Motion for Turnover Against Robinhood Crypto and LLC, Robinhood Markets, Inc. [doc. 45], and 4) Motion for Conditional Judgment Against Angelo SLogistics, LLC [doc. 46], counsel for Plaintiff and _____appearing by phone, IT IS HEREBY ORDERED:

1.     Plaintiff reports it has been unable to serve Angelo Smith, Mo'Nique Smith, and Smithson Venture Capitalist Enterprise Corporation. Plaintiff may have alias citations issued if it wishes to pursue these citations.

2.     Plaintiff's oral motion for turnover of $192.50 in Angelo Smith's account held by BETMGM, LLC is granted and BETMGM shall turnover said funds to counsel for Plaintiff at the below address within fifteen days.

3.     Plaintiff's motion for turnover of funds held by Robinhood Crypto and LLC, Robinhood Markets, Inc., [doc. 45] is granted.   Robinhood Crypto and LLC, Robinhood Markets, Inc. shall: (a) liquidated the non- cash holdings in Angelo Smith's Account within five business days of its receipt of this order and (b) after liquidation is complete, turnover the cash value of the account to counsel for Plaintiff at the below address within fifteen business days.

4.     Plaintiff's motion for conditional judgment [doc. 46] is granted.   A conditional judgment is hereby entered against Third Party Citation Respondent Angelos Logistics Group, LLC, f/k/a Angelos Logistics LLC, an Illinois limited liability company in favor of Plaintiff in the amount of $127,750.    Summons to Confirm Conditional Judgment

to be issued and hearing for final judgment is set for July 8, 2022 at 8:50 A.M. via teleconference.

     5.    The Third Party Citations to Bank of America, Wells Fargo, BETMGM, LLC, J.B. Hunt Transport, Inc., Robinhood Crypto, LLC, Robinhood Markets, Inc., Uber Freight, LLC, Angelos Logistics, LLC, and Wells Fargo Auto Finance are entered and continued to July 8, 2022 at 8:50 A.M. via teleconference.

Telephonic Hearing instructions:
Call-in number: (888) 684-8852
Access Code: 746-1053

Date   6/20/2022_____       Judge_____

                                    Matthew F. Kennelly, USDJ